## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　c/o United States Attorney's Office<br>　　601 D Street NW<br>　　Washington, D.C.  20530<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**$402,669.95 SEIZED FROM ONE SANDY SPRING BANK ACCOUNT**<br><br>　　　　Defendant. | Civil Action No.: 23-cv-2527 |

## ORDER

Upon consideration of the Motion to Stay Civil Proceedings, pursuant to 18 U.S.C. §981(g), and for good cause shown, it is hereby:

ORDERED that the Motion is hereby GRANTED; and

FURTHER ORDERED that the above captioned matter be stayed pending the resolution of the related criminal matter.

Dated:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE