UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    c/o United States Attorney's Office<br>    601 D Street NW<br>    Washington, D.C.   20530<br><br>        Plaintiff,<br><br>    v.<br><br>$402,669.95 SEIZED FROM ONE SANDY<br>SPRING BANK ACCOUNT<br><br>        Defendant. | Civil Action No.: 23-cv-2527 |

## WARRANT FOR ARREST *IN REM*

TO:   THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the 29th day of August, 2023, alleging that the above named defendant property is subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C);

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant property, thus bringing, within the jurisdiction of the Court, said defendant property, more fully described as:

$402,669.95 SEIZED FROM ONE SANDY

SPRING BANK ACCOUNT

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed, unless, pursuant to Rule G(3)(c)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the defendant property is in the government's possession, custody, or control.

Dated: August 30, 2023



Angela D. Caesar
Clerk of the Court

By:   /s/ Luileadny J. Navas Gonzalez
Deputy Clerk